LINDA CLAXTON (SBN 125729)
linda.claxton@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA  90071
Telephone:    213.239.9800
Facsimile:    213.239.9045

Christopher M. Ahearn (SBN 239089)
chris.ahearn@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA  94105
Telephone:    415.442.4810
Facsimile:    415.442.4870

Attorneys for Defendant
ADT LLC

Alan Harris (SBN 146079)
Priya Mohan (SBN 228984)
HARRIS & RUBLE
4771 Cromwell Avenue
Los Angeles, CA  90027
Telephone:    323.962.3777
Facsimile:    323.962.3004
aharris@harrisandruble.com
pmohan@harrisandruble.com

David S. Harris (SBN 215224)
NORTH BAY LAW GROUP
116 E. Blithedale Avenue, Suite #2
Mill Valley, CA 94941-2024
Telephone:    415.388.8788
Facsimile:    415.388.8770

Attorneys for Plaintiff Richard Castillo

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICARDO CASTILLO, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>      v.<br><br>ADT LLC and DOES 1–100, inclusive,<br><br>            Defendants. | Case No. 2:15-cv-00383-WBS-DAD<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING DATE FOR DEFENDANT ADT LLC TO AMEND ANSWER AS OF RIGHT** |

1                    Case No. 2:15-cv-00383-WBS-DAD
JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING DATE FOR DEFENDANT ADT LLC TO AMEND ANSWER AS OF RIGHT

15cv383 Castillo - Stip to Deft to

Pursuant to Rules 137, 143 and 144 of the Local Rules of this Court, Plaintiff Ricardo Castillo ("Plaintiff") and Defendant ADT LLC ("Defendant") (collectively, the "Parties") respectfully submit this Joint Stipulation and [Proposed] Order Continuing Defendant's Date to Amend its Answer as of Right Pursuant to Fed. R. Civ. Proc. 15(a)(1)(A).

WHEREAS, Defendant filed and served (via ECF) an Answer to Plaintiff's Complaint on March 20, 2015.

WHEREAS, Defendant's time to amend its Answer as of right pursuant to Fed. R. Civ. Proc. 15(a)(1)(A) is April 10, 2015.

WHEREAS, Plaintiff conferred with Defendant regarding Defendant's affirmative defenses pleaded in the Answer, requesting that Defendant amend such defenses to state additional detail, and that Defendant consider withdrawing (without prejudice) defenses as to which such additional detail could not be stated at present.

WHEREAS, Defendant has agreed to file an Amended Answer pursuant to this stipulation, but requests an additional fourteen (14) days to do so.

WHEREAS, Plaintiff stipulates to such an extension of time.

WHEREAS, no extensions of time have been requested or given to either of the Parties with regard to the amendment of pleadings.

WHEREAS, the Parties stipulate to such an extension to avoid the potential need for motion practice concerning Defendant's affirmative defenses.

THEREFORE, the Parties stipulate that Defendant should have until April 24, 2015 to amend its Answer as of right pursuant to Fed. R. Civ. Proc. 15(a)(1)(A).

DATED:  April 7, 2015                    OGLETREE, DEAKINS, NASH, SMOAK &
                                         STEWART, P.C.


                                         By: */s/ Christopher M. Ahearn*
                                             Linda Claxton
                                             Christopher M. Ahearn

                                         Attorneys for Defendant
                                         ADT LLC

15cv383 Castillo - Stip to Deft to

2                            Case No. 2:15-cv-00383-WBS-DAD
JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING DATE FOR DEFENDANT ADT LLC TO AMEND ANSWER AS OF RIGHT

DATED:  April 7, 2015                              HARRIS & RUBLE

                                                   By: */s/Alan Harris* (as authorized on April 7, 2015)
                                                       Alan Harris
                                                       Priya Mohan

                                                   Attorneys for Plaintiff
                                                   RICHARD CASTILLO

DATED:  April 7, 2015                              NORTH BAY LAW GROUP

                                                   By: */s/David S. Harris*(as authorized on April 7, 2015)
                                                       David S. Harris

                                                   Attorneys for Plaintiff
                                                   RICHARD CASTILLO

### ORDER

Defendant's time to amend its Answer to Plaintiff's Complaint is continued from April 10, 2015 to April 24, 2015.

IT IS SO ORDERED.

Dated:  April 7, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE