Linda Claxton (SBN 125729)
linda.claxton@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA 90071
Telephone:    213.239.9800
Facsimile:    213.239.9045

Christopher M. Ahearn (SBN 239089)
chris.ahearn@ogletreedeakins.com
Rachel J. Moroski (SBN 286805)
rachel.moroski@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA 94105
Telephone:    415.442.4810
Facsimile:    415.442.4870

Attorneys for Defendant ADT LLC

Alan Harris (SBN 146079)
aharris@harrisandruble.com
Priya Mohan (SBN 228984)
pmohan@harrisandruble.com
HARRIS & RUBLE
655 North Central Avenue, 17th Floor
Glendale, California 91203
Telephone:    323.962.3777
Facsimile:    323.962.3004

David S. Harris (SBN 215224)
NORTH BAY LAW GROUP
116 E. Blithedale Avenue, Suite #2
Mill Valley, California 92941-2024
Telephone:    415.388.8788
Facsimile:    415.388.8770

Attorneys for Plaintiff RICARDO CASTILLO

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICARDO CASTILLO, individually and on behalf of all others similarly situated,<br><br>             Plaintiff,<br><br>       v.<br><br>ADT LLC and DOES 1–100, inclusive,<br><br>             Defendants. | Case No. 2:15-cv-00383-WBS-DAD<br><br>**JOINT STIPULATION REGARDING CASE SCHEDULE; [PROPOSED] ORDER**<br><br><br>Complaint Filed:  February 17, 2015<br>Trial Date:            October 18, 2016 |

Defendant ADT LLC (hereinafter, "Defendant") and Plaintiff Ricardo Castillo (hereinafter, "Plaintiff") (collectively, the "Parties") respectfully submit this Joint Stipulation Regarding Case Schedule pursuant to page 2, lines 13-24 of the Court's July 28, 2015 Order denying Defendant's Motion to Dismiss or Stay, and the discussion at the hearing on said motion.

WHEREAS, in its June 3, 2015 Status (Pretrial Scheduling) Order (Document 019), the Court set the following schedule:

| | |
|---|---|
| Expert Disclosures Due: | October 15, 2015 |
| Rebuttal Expert Disclosures Due: | November 23, 2015 |
| All Discovery Completed: | March 1, 2016 |
| Motion for Class Cert. (filed): | May 2, 2016 |
| Other Motions (filed): | June 13, 2016 |
| Pretrial Conference: | August 29, 2016 at 2:00 p.m. |
| Jury Trial: | October 18, 2016 at 9:00 a.m. |

WHEREAS, in its July 28, 2015 Order on Defendant's Motion to Dismiss/Stay (Document 025), the Court stated that the parties may submit a stipulation for the court's approval to modify the scheduling order.

WHEREAS, the parties wish to modify the scheduling order as follows:

| | |
|---|---|
| Expert Disclosures Due: | March 7, 2016 |
| Rebuttal Expert Disclosures Due: | March 21, 2016 |
| All Discovery Completed: | April 4, 2016[1] |
| Motion for Class Cert. (filed): | May 2, 2016 |
| Other Motions (filed): | June 13, 2016 |
| Pretrial Conference: | **August 29, 2016 at 2:00 p.m.** |
| Jury Trial: | **October 18, 2016 at 9:00 a.m.** |

---

[1] The parties stipulate that they will cooperate to ensure that expert depositions may take place as appropriate during the time period from March 7, 2016 to April 4, 2016.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties.

DATED: September 23, 2015                OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By:   /s/ Christopher M. Ahearn
    Linda Claxton
    Christopher M. Ahearn
    Rachel J. Moroski

Attorneys for Defendant
ADT LLC

DATED: September 23, 2015                HARRIS & RUBLE

By:  /s/ Alan Harris (as authorized on 9/23/15)
    Alan Harris
    Priya Mohan

DATED: September 23, 2015                NORTH BAY LAW GROUP

By:  /s/ David S. Harris (as authorized on 9/23/15)
    David S. Harris

Attorneys for Plaintiff
RICARDO CASTILLO

**ORDER**

Good cause appearing, IT IS SO ORDERED.

Dated:  September 24, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE