Linda Claxton (SBN 125729)
linda.claxton@ogletreedeakins.com
Alec Hillbo (SBN 287185)
alec.hilbo@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA  90071
Telephone:     213.239.9800
Facsimile:      213.239.9045

Attorneys for Defendant ADT LLC

Alan Harris (SBN 146079)
aharris@harrisandruble.com
Priya Mohan (SBN 228984)
pmohan@harrisandruble.com
HARRIS & RUBLE
655 North Central Avenue, 17th Floor
Glendale, California 91203
Telephone:     323.962.3777
Facsimile:      323.962.3004

David S. Harris (SBN 215224)
dsh@northbaylawgroup.com
NORTH BAY LAW GROUP
116 E. Blithedale Avenue, Suite #2
Mill Valley, California 92941-2024
Telephone:     415.388.8788
Facsimile:      415.388.8770

Attorneys for Plaintiff RICARDO CASTILLO

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICARDO CASTILLO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ADT LLC and DOES 1–100, inclusive,<br><br>Defendants. | Case No. 2:15-cv-00383-WBS-KJN<br><br>**JOINT STIPULATION REGARDING CASE SCHEDULE**<br><br>Complaint Filed: February 17, 2015<br>Trial Date:           October 18, 2016 |

Defendant ADT LLC (hereinafter, "Defendant") and Plaintiff Ricardo Castillo (hereinafter, "Plaintiff") (collectively, the "Parties") respectfully submit this Joint Stipulation Regarding Case Schedule.

WHEREAS, in its July 28, 2015 Order on Defendant's Motion to Dismiss/Stay (Document 025), the Court stated that the parties may submit a stipulation for the court's approval to modify the scheduling order.  Pursuant that July 28, 2015 Order, the parties submitted a stipulation and on September 24, 2015, the Court entered an order modifying the scheduling as follows:

| | |
|---|---|
| Expert Disclosures Due: | March 7, 2016 |
| Rebuttal Expert Disclosures Due: | March 21, 2016 |
| All Discovery Completed: | April 4, 2016 |
| Motion for Class Cert. (filed): | May 2, 2016 |
| Other Motions (filed): | June 13, 2016 |
| Pretrial Conference: | August 29, 2016 at 2:00 p.m. |
| Jury Trial: | October 18, 2016 at 9:00 a.m. |

WHEREAS, since the Court entered the Order dated September 23, 2015, the parties have engaged in discovery. The discovery in this matter involves voluminous pay records for a large number of employees over a several year period.  Defendant ADT has been working diligently in order to obtain and produce relevant discovery;

WHEREAS, the parties have identified the documentation and data most relevant to the claims in this action and the parties have agreed to an exchange of a sample of this documentation and data in order to participate in a mediation;

WHEREAS, the parties initially had some difficulty finding a mutually convenient date for mediation but have now, in good faith, set a mediation date of March 24, 2016 with mediator Alan Berkowitz, at the Judicate West offices in San Francisco; and

WHEREAS, in order to allow the parties to prepare for and participate in the mediation, the parties mutually request that the Court continue certain deadlines in this matter in order to engage

in the mediation process. Specifically, the parties wish to modify the scheduling order and continue the following deadlines by 120 days, as follows:

| | |
|---|---|
| Expert Disclosures Due: | July 7, 2016 |
| Rebuttal Expert Disclosures Due: | July 21, 2016 |
| All Discovery Completed: | August 4, 2016 |
| Motion for Class Cert. (filed): | September 2, 2016 |
| Other Motions (filed): | October 13, 2016 |

WHEREAS, the Pretrial Conference is currently scheduled to take place on August 29, 2016 at 2:00 p.m., and a Jury Trial is scheduled to begin on October 18, 2016, at 9:00 a.m. To the extent the parties' mediation proves unsuccessful, the parties respectfully request that the Court similarly continue by 120 days the dates of the Pretrial Conference and Jury Trial, to a date that is convenient for the Court.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties.

DATED: January 29, 2016    OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ Alec Hillbo*
Linda Claxton
Alec Hillbo

Attorneys for Defendant
ADT LLC

DATED: January 29, 2016    HARRIS & RUBLE

By: */s/ Alan Harris*
Alan Harris
Priya Mohan

DATED: January 29, 2016    NORTH BAY LAW GROUP

By: */s/ David S. Harris*
David S. Harris

Attorneys for Plaintiff
RICARDO CASTILLO

# ORDER

Good cause appearing, the scheduling order is modified as follows:

| | |
|---|---|
| Expert Disclosures Due: | July 7, 2016 |
| Rebuttal Expert Disclosures Due: | July 21, 2016 |
| All Discovery Completed: | August 4, 2016[1] |
| Motion for Class Cert. (filed): | September 2, 2016 |
| Other Motions (filed): | October 13, 2016 |
| Pretrial Conference: | **December 19, 2016 at 1:30 p.m.** |
| Jury Trial: | **February 22, 2017 at 9:00 a.m.** |

**IT IS SO ORDERED:**

Dated:  January 29, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

23684591.1