Linda Claxton (SBN 125729)
linda.claxton@ogletreedeakins.com
Alec Hillbo (SBN 287185)
alec.hilbo@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA 90071
Telephone: 213.239.9800
Facsimile: 213.239.9045

Attorneys for Defendant ADT LLC

Alan Harris (SBN 146079)
aharris@harrisandruble.com
Priya Mohan (SBN 228984)
pmohan@harrisandruble.com
HARRIS & RUBLE
655 North Central Avenue, 17th Floor
Glendale, California 91203
Telephone: 323.962.3777
Facsimile: 323.962.3004

David S. Harris (SBN 215224)
dsh@northbaylawgroup.com
NORTH BAY LAW GROUP
116 E. Blithedale Avenue, Suite #2
Mill Valley, California 92941-2024
Telephone: 415.388.8788
Facsimile: 415.388.8770

Attorneys for Plaintiff RICARDO CASTILLO

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICARDO CASTILLO, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>     v.<br><br>ADT LLC and DOES 1–100, inclusive,<br><br>          Defendants. | Case No. 2:15-cv-00383-WBS-KJN<br><br>**JOINT STIPULATION TO FILE SECOND AMENDED COMPLAINT; [PROPOSED] ORDER** |

1  WHEREAS Defendant ADT LLC (hereinafter, "Defendant") and Plaintiff Ricardo Castillo (hereinafter, "Plaintiff") (collectively, the "Parties"), have entered into a Joint Stipulation and Agreement of Compromise and Settlement of Class Action ("Class Settlement Agreement") resolving the claims in this case;

WHEREAS, the parties have entered into a long form comprehensive Class Settlement Agreement, including proposed notices to putative class members;

WHEREAS, Plaintiff is preparing the Motion for Preliminary Approval of Class Action Settlement which will be filed this month;

WHEREAS, pursuant to the Class Settlement Agreement, the parties have agreed that Plaintiff may file the Second Amended Complaint, which is attached hereto as Exhibit 1.

WHEREAS, the Parties now stipulate and agree that Plaintiff may file the Second Amended Complaint, attached hereto as Exhibit 1.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties.

DATED: August 15, 2016                OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By:  */s/ Linda Claxton (as authorized on 8/15/16)*
      Linda Claxton
      Alec Hillbo

Attorneys for Defendant
ADT LLC

DATED: August 15, 2016                HARRIS & RUBLE
                                      NORTH BAY LAW GROUP


By:  */s/ Alan Harris*
      Alan Harris
      David S. Harris

Attorneys for Plaintiff
RICARDO CASTILLO

**ORDER**

**IT IS SO ORDERED:**

Dated:  August 16, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE